No. 871. A. J. BOYD v. HON. JAMES D. SMYTHE, JUDGE OF HENRY COUNTY DISTRICT COURT, STATE OF IOWA. Error to the Supreme Court of the State of Iowa. Motion for supersedeas submitted March 22, 1926. Decided April 12, 1926. *Per Curiam.* Application for a writ of supersedeas and for leave to file a bond denied; motion for leave to amend the petition in error denied, and the writ of error dismissed, for want of jurisdiction, upon the authority of *Iowa C. R. Co.* v. *Iowa,* 160 U. S. 389, 393; *Castillo* v. *McConnico,* 168 U. S. 674, 683; *Rawlins* v. *Georgia,* 201 U. S. 638; *Burt* v. *Smith,* 203 U. S. 129; *Standard Oil Co.* v. *Missouri,* 224 U. S. 270, 281; *DeBearn* v. *Safe Deposit & Trust Company,* 233 U. S. 24, 34; *McDonald* v. *Oregon R. R. & Nav. Co.,* 233 U. S. 665, 669, 670; *Gasquet* v. *Lapeyre,* 242 U. S. 367, 369, 370; (2) *McCain* v. *Des Moines,* 174 U. S. 168, 181; *Western Union Tel. Co.* v. *Ann Arbor R. R. Co.,* 178 U. S. 239, 243; *Spencer* v. *Duplan Silk Co.,* 191 U. S. 526, 530; *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144,

147. *Mr. Lloyd L. Duke* for plaintiff in error. *Messrs. Benjamin J. Gibson* and *Neill Garrett* for defendant in error.